PRATT, Respondent, v. POWERS, Appellant. (Supreme Court, Appellate Division, Third Department. January 21, 1914.) Application of Elizabeth T. Pratt against Thomas F. Powers. No opinion. Order settled.

PRESBERGER v. EDMOND SCHAEFFER & CO. et al. (Supreme Court, Appellate Division, Second Department. January 23, 1914.) Action by Mendel Presberger against Edmond Schaeffer & Co. and others. (Actions 1 and 2.) No opinion. Motions to dismiss appeals granted, with $10 costs in each case.

PRESTON, Appellant, v. SPENCER KELLOGG CO. et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. January 23, 1914.) Action by Mary M. Preston, as administratrix, etc., against the Spencer Kellogg Company and others. No opinion. Judgment affirmed, with costs.

PRIEUR v. OES. (Supreme Court, Appellate Division, Second Department. February 13, 1914.) Action by Rene Prieur against Ingvald C. Oes. No opinion. Judgment affirmed, without costs.

PRZYTULA, Respondent, v. EMPIRE STATE DEGREE OF HONOR, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 14, 1914.) Action by Szczepan Przytula, as executor, etc., against the Empire State Degree of Honor.

PER CURIAM. Order modified, so as to provide that, in addition to the $20 imposed by the order appealed from, there shall be imposed all costs of the action accruing subsequent to the notice of trial, and, as so modified, the order is affirmed, with $10 costs and disbursements of this appeal to the appellant. See, also, 158 App. Div. 955, 143 N. Y. Supp. 1140.

In re PUBLIC SERVICE COMMISSION FOR FIRST DIST. (GRAVESEND AVE. ROUTE—ROUTE 49). (Supreme Court, Appellate Division, Second Department. January 23, 1914.) In the matter of the application of the Public Service Commission for the First District; Gravesend Avenue Route—Route 49. No opinion. Motion granted, and the Brooklyn Daily Times and the Brooklyn Citizen designated as the newspapers in which the notice of application shall be published, and the date of hearing fixed for March 2, 1914.

In re PUBLIC SERVICE COMMISSION FOR FIRST DIST. (UTICA AVENUE ROUTE). (Supreme Court, Appellate Division, Second Department. January 16, 1914.) In the matter of the application of the Public Service Commission for the First District; Utica Avenue Route. No opinion. Motion granted, and fees of commissioners fixed. Settle order before Mr. Justice Putnam. See, also, 156 App. Div. 907, 141 N. Y. Supp. 1143.

PUNCHES, Respondent, v. CORNELL, Appellant. (Supreme Court, Appellate Division, Fourth Department. December 23, 1913.) Action by Harvey Punches against Albert O. Cornell, as president of the Canisteo Breeders' Association.

PER CURIAM. Judgment of the County Court and of the justice of the peace reversed, and a new trial directed to be had before the same justice of the peace on the 7th day of January, 1914, at 10 o'clock a. m., with costs in all courts to appellant to abide event. The verdict of the jury as to the liability of the defendants is contrary to and against the weight of the evidence, and there is a failure of proof on the question of the joint liability of the defendants.

In re RAE'S WILL. (Supreme Court, Appellate Division, Fourth Department. December 23, 1913.) In the matter of the probate of the alleged last will and testament of Robert Rae, deceased. No opinion. Decree affirmed, with costs.

RAFFERTY v. SECURITY MUT. LIFE INS. CO. (Supreme Court, Appellate Division, Fourth Department. December 23, 1913.) Action by William F. Rafferty, as executor, etc., against the Security Mutual Life Insurance Company. No opinion. Judgment and order affirmed, without costs.

RASTETTER et al., Respondents, v. HOENNINGER et al., Appellants. (Supreme Court, Appellate Division, First Department. January 16, 1914.) Action by Elizabeth Rastetter and others, infants, etc., against John G. Hoenninger, as executor, and another. A. C. Troy, of New York City, for appellants. A. P. Wagener, of New York City, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 157 App. Div. 553, 142 N. Y. Supp. 962.

REDDY, Respondent, v. DEGNON CONTRACTING CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 23, 1914.) Action by Bridget Reddy, as administratrix, etc., against the Degnon Contracting Company. No opinion. Motions denied, without costs. See, also, 144 N. Y. Supp. 1141.

REINLE, Appellant, v. FRITZ et al., Respondents. (Supreme Court, Appellate Division, First Department. January 30, 1914.) Action by Philipp J. Reinle against Charles B. Fritz and others. J. M. Gorman, of New York City, for appellant. J. B. Henney, of New York City, for respondents. No opinion. Judgment affirmed, with costs. Order filed.

REISER, Appellant, v. EDISON ELECTRIC ILLUMINATING CO. OF BROOKLYN, Respondent. (Supreme Court, Appellate Division, Second Department. February 13,